UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                Plaintiff                  Index # 07-CV-8763

   -against-

OLGA RESTAURANT CORP.
d/b/a OLGA RESTAURANT
and YANIRIS CAPELLAU            **CERTIFICATE OF SERVICE**

               Defendants
-----------------------------------------------X

On the 18th day of October, 2007, deponent notified the defendants of the Order Scheduling An Initial Pretrial Conference, by depositing a true and correct copy thereof in a postage prepaid envelope, via first class mail of the U.S. Postal Service within the State of New York, addressed to each of the following persons at the last known address:

Olga Restaurant Corp.
d/b/a Olega Restaurant
1324 Jerome Ave.
Bronx, NY 10452

Yaniris Capellau
1324 Jerome Ave.
Bronx, NY 10452


Dated: October 18, 2007        By:  /s/ Lucille Eichler
                                                 Lucille Eichler
                                                 The Law Firm of Paul J. Hooten
                                                 5505 Nesconset Hwy., - Ste 203
                                                 Mt. Sinai, New York 11766