OR_Rule_7_1_Statem_for_Defts.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

J & J SPORTS PRODUCTIONS, INC., : ECF CASE
: 
           Plaintiff, : 07 CV 8763 (CM)
:
        v. : RULE 7.1 STATEMENT
: FOR DEFENDANTS
OLGA RESTAURANT CORP. :
d/b/a OLGA RESTAURANT, :
and YANIRIS CAPELLAU, :
:
           Defendants. :
:
-----------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants, **Olga Restaurant Corp.** (sued herein as Olga Restaurant Corp. d/b/a Olga Restaurant), a corporation, and **Yaniris Capellan** (sued herein as Yaniris Capellau), an individual), certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held: **NONE**.

Dated:   New York, New York
           November 21, 2007

                                                                     /s/ Carl E. Person
                                                      Carl E. Person  (CP 7637)
                                                      Attorney for the Defendants,
                                                        Olga Restaurant Corp. and Yaniris Capellan
                                                          (sued herein as Yaniris Capellau)
                                                     325 W. 45th Street - Suite 201
                                                   New York, New York 10036-3803
                                                   (212) 307-4444
                                                   Email:  carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
J & J SPORTS PRODUCTIONS, INC.,        :   ECF CASE
                                       :
                                       :   07 CV 8763 (CM)
              Plaintiff,               :
                                       :   PROOF OF SERVICE
     v.                                :
                                       :
OLGA RESTAURANT CORP.                  :
d/b/a OLGA RESTAURANT,                 :
and YANIRIS CAPELLAU,                  :
                                       :
              Defendants.              :
                                       :
------------------------------------------------------------x

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on November 21, 2007, I served a true copy of the foregoing

### RULE 7.1 STATEMENT FOR DEFENDANTS

dated November 21, 2007, on the attorneys for the Plaintiff, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of said attorneys, as follows:

Paul Joseph Hooten Esq.
Paul J. Hooten & Associates
5505 Nesconset Hwy., Suite 203
Mt. Sinai NY  11766

Dated: November 21, 2007

_____
Carl E. Person (CP 7637)

2