OR_Notice_of_Appear_for_Defts.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
J & J SPORTS PRODUCTIONS, INC.,     :    ECF CASE
: 
                     Plaintiff,    :    07 CV 8763 (CM)
: 
                     v.    :    NOTICE OF APPEARANCE
   :    FOR DEFENDANTS
OLGA RESTAURANT CORP.    : 
d/b/a OLGA RESTAURANT,    : 
and YANIRIS CAPELLAU,    : 
   : 
                     Defendants.    : 
   : 
-------------------------------------------------------------x

       **Please take notice** that the undersigned counsel, Carl E. Person, is appearing as counsel on behalf of the Defendants, **Olga Restaurant Corp.** (sued herein as Olga Restaurant Corp. d/b/a Olga Restaurant), a corporation, and **Yaniris Capellan** (sued herein as Yaniris Capellau), an individual.

Dated:    New York, New York
            November 21, 2007

                                                 _/s/ Carl E. Person_
                                                 Carl E. Person  (CP 7637)
                                                 Attorney for the Defendants,
                                                    Olga Restaurant Corp. and Yaniris Capellan
                                                      (sued herein as Yaniris Capellau)
                                                325 W. 45th Street - Suite 201
                                                New York, New York 10036-3803
                                                (212) 307-4444
                                               Email:  carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
: ECF CASE
J & J SPORTS PRODUCTIONS, INC., :
: 07 CV 8763 (CM)
                Plaintiff, :
: <u>PROOF OF SERVICE</u>
      v. :
:
OLGA RESTAURANT CORP. :
d/b/a OLGA RESTAURANT, :
and YANIRIS CAPELLAU, :
:
                Defendants. :
:
-------------------------------------------------------------------x

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on November 21, 2007, I served a true copy of the foregoing

                **NOTICE OF APPEARANCE FOR DEFENDANTS**

dated November 21, 2007, on the attorneys for the Plaintiff, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of said attorneys, as follows:

        Paul Joseph Hooten Esq.
        Paul J. Hooten & Associates
        5505 Nesconset Hwy., Suite 203
        Mt. Sinai NY  11766

Dated: November 21, 2007

                                      _____
                                        Carl E. Person (CP 7637)