UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

       Plaintiff      Index #: 07-CV-8763

   -against-       CERTIFICATE OF SERVICE

OLGA RESTAURANT CORP.
d/b/a OLGA RESTAURANT
and YANIRIS CAPELLAU

       Defendant
------------------------------------------------------------X

  LUCILLE EICHLER being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and is employed in Mt. Sinai, New York.

That on the 17th day of December, 2007, deponent served the defendants attorney, Carl E. Person Esquire at 325 W. 45th Street, Suite 201, New York, NY 10036 by depositing a true and correct copy of Plaintiff's First Set of Interrogatories To Defendants in a postage prepaid envelope, via first class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

      By: /s/ Lucille Eichler
        Lucille Eichler
        Paul J. Hooten & Associates
        5505 Nesconset Hwy, Ste 203
        Mt. Sinai, NY 11766
        (631) 331-0547