UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.
                Plaintiff,                      INDEX NO. 07-CV 8763

    -against-

OLGA RESTAURANT CORP.
d/b/a OLGA RESTAURANT                    NOTICE OF SETTLEMENT
and YANIRIS CAPELLAU                        AND ADMINISTRATIVE
                Defendant,                     DISMISSAL
---------------------------------------------------------------X

    PLEASE TAKE NOTICE THAT Plaintiff **J & J SPORTS PRODUCTIONS, INC.**, (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

    This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed July 15, 2010. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules

1



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

of Civil Procedure.

Dated: June 3, 2008        By: _____
Mt. Sinai, New York             Paul J. Hooten, Esquire
                                Attorney for Plaintiff
                                5505 Nesconset Highway, Suite 203
                                Mt Sinai, NY 11766
                                Telephone : (631) 331-0547
                                Facsimile: (631) 331-2627


SO ORDERED this  9  day of June , 2008

_____
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE


### CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

Carl E. Person, Esquire
Attorney for Defendants
325 W. 45th St., Suite 201
New York, NY 10036

via United States Postal Service, postage prepaid on the 3rd day of June, 2008

_____
Paul J. Hooten

2